UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Cr. No.  08-596(SRC) |
| v. | : | **CONSENT ORDER MODIFYING** |
| | : | **CONDITIONS OF RELEASE** |
| ALAN CERRA | : | |

**THIS MATTER** having been opened to the Court by defendant, Alan Cerra, by his attorney Michael N. Pedicini, Esq., in the presence of the United States of America, (Anthony Moscato, Esq. appearing), United States Attorney for the District of New Jersey for an Order modifying the bail previously imposed and the Court having found that the defendant, Alan Cerra, was released on a Personal Recognizance Bond secured by real property located at 19 Indian Trail, Sparta, New Jersey, and 15 Spring Brook Trail, Sparta, New Jersey and that the defendant requests this Court permit the release as collateral the  bail secured by the real property located at 15 Spring Brook Trial, Sparta, New Jersey, and it further appearing that the United States consents to the release of this real property and to the release of any liens or encumbrances on the real estate located at 15 Spring Brook Trail, Sparta, New Jersey;  and for good and sufficient cause shown;

IT IS on this _____ day of _____, 2008;

ORDERED that any and all liens and encumbrances heretofore imposed on the property located at 15 Spring Brook Trail, Sparta, New Jersey, also known as Block 134, Lot 7 located in the Township of Sparta, County of Sussex, State of New Jersey be released, discharged and vacated; and it is further

ORDERED that the property known as 19 Indian Trail, Sparta, New Jersey, also known as Block 146, Lot 50 located in the Township of Sparta, County of Sussex, State of New Jersey remain as collateral for the defendant's release as a condition of bail; and it is further

ORDERED that all other conditions of release heretofore imposed remained in full force and effect until further order of this Court.

HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

I hereby consent to the form and entry of the within Order.

Anthony Moscato, Esq.
Assistant U.S. Attorney

Michael N. Pedicini, Esq.
Attorney for Defendant,